JUDGE EWING WERLEIN, JR.

| | |
|---|---|
| Case Manager   Kimberly Carr | Court Reporter  Bruce Slavin |
| USPO | Interpreter  N/A |

Time:  9:05 a.m. to  10:10 a.m.            DATE May 27, 2010
         11:28 a.m. to  12:07 p.m.
         1:07 p.m. to  2:45 p.m.
         5:56 p.m. to  6:11 p.m.
         6:55 p.m. to  7:07 p.m.

-------------------------------------------------------------------------------------------------------------

CR. No.  06-421-2

| UNITED STATES OF AMERICA | § | Jim McAlister, AUSA |
| | § | Glenn Cook, AUSA |
| vs. | § | |
| | § | |
| | § | |
| Adnan Babar Mirza | § | David Adler, CJA |
| | § | Sue Jana |

-------------------------------------------------------------------------------------------------------------

## DAY 4 OF JURY TRIAL

  X    Defendant presents evidence, continued.
  X    Defendant conditionally rests.
  X    Defendant rests.
  X    Evidence concluded.

  X    Final Arguments      X   Court's charge to the Jury       X   Jury Deliberating
  X    Jury Verdict: guilty to Ct(s) 1ss-9ss
  X    Jury is Polled at Dft's request.
  X    Order for PSI setting Disclosure and Sentencing dates signed.
  X    Trial ends.
  X    Sentencing set September 10, 2010 at 10:15 a.m.

  X    Juror strike list sent to Jury Department UNDER SEAL.

  X    Dft REMANDED to custody.

  X    Other:  Dft's reurges Rule 29 Motion; Motion is DENIED.  **Courtroom is cleared (10:06-10:10 AM) for *In Camera, Ex Parte* proceeding, this part of the transcript will remain UNDER SEAL and is not to be released except by Court Order.**
5:56 PM: Counsel and Dft return to the courtroom to review a Jury Note and the Court's Response; 6:55 PM: Counsel and Dft return to the courtroom to receive Verdict.